```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 2:10-cr-211 GEB
                                 )
11              Plaintiff,       )
                                 )
12      v.                       )   STIPULATION TO VACATE STATUS
                                 )   CONFERENCE
13  AISHA STEPHENS and ANJENETTE )
    BROWN,                       )
14                               )
                                 )
15              Defendants.      )
    _____)
16
17      The United States, Aisha Stephens, and Anjenette Brown
18  jointly request that the January 6, 2012 status conference in
19  this case be vacated.  Both Stephens and Brown entered
20  misdemeanor pleas to superseding informations on December 14,
21  2011 in front of the Honorable Kendall J. Newman.  As part of the
22  plea agreements for both defendants, the government agreed to
23  move to dismiss, at the time of sentencing, the pending
24  indictment as to both of these defendants.  Sentencing is
25  currently scheduled for March 7, 2012.
26      Accordingly the parties jointly request that the Court
27  ///
28  ///

                                1
```

vacate the January 6, 2012 status conference as to Brown and Stephens.

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: January 5, 2012        By:   /s/ Jared Dolan
                                                  JARED C. DOLAN
                                                  Assistant U.S. Attorney

DATE: January 5, 2012               /s/ Jared Dolan for
                                                  PREETI BAJWA
                                                  Attorney for AISHA STEPHENS

DATE: January 5, 2012               /s/ Jared Dolan for
                                                  MICHAEL BIGELOW
                                                  Attorney for ANJENETTE BROWN

                                        **SO ORDERED.**

Dated:  January 5, 2012

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge