```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-211 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JOHN SMITHSON | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant John Smithson's Motion for Discovery (Dkt. 217). For the reasons stated on the record, the defendant's motion is granted in part and denied in part. The United States Department of Interior, Office of Inspector General is ordered to produce to the United States Attorney, Eastern District of California, the report(s) of investigation from case no: 3:99-cr-00274-MAG-1 involving Terry Roberson. Upon receipt of those reports from the Department of the Interior, Office of Inspector General, the government is ordered to produce those reports to the defendant.

////

This Order shall not be construed as a finding that the United States Department of the Interior, Office of Inspector General, is part of the prosecution team in this case. Instead, by ordering that the agency produce that information to the government, the records will then be in the custody or control of the government within the meaning of Federal Rule of Criminal Procedure 16(a)(1)(E).

IT IS SO ORDERED.

DATED: January 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE