1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA 95814
3 916.438.7711 FAX 916.864.1359

4 Attorney for Defendant
GREGORY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY ROSS,<br><br>Defendant. | No. 2:10-CR-00211 KJN<br><br>**STIPULATION AND ORDER TO CONTINUE GREGORY ROSS' JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Gregory Ross, that the previously-scheduled judgment and sentencing date of March 7, 2012, be vacated and the matter set for judgment and sentencing on April 25, 2012, at 9:00 a.m.

This continuance is requested to allow defense counsel adequate time to obtain a copy of the transcript of Mr. Ross' testimony at trial of the instant action so that it will be available for the Court's consideration at the time of sentencing.

IT IS SO STIPULATED.

Dated: March 5, 2012                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
GREGORY ROSS

1

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**

Dated: March 5, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of March 7, 2012, be vacated and the matter set for judgment and sentencing on April 25, 2012, at 9:00 a.m.

**Date: 3/5/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Gregory Ross' Judgment and Sentencing**