**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
ANJENETTE BROWN

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. Cr.S 10-211 FCD |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE |
| ) | SENTENCING AND ORDER |
| ) | |
| v ) | |
| ) | |
| ANJENETTE BROWN ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated between the parties that sentencing in this matter, presently set for May 2, 2012, be continued to June 26, 2012. This continuance is necessary because the probation officer assigned to this case who is in Fresno, and the undersigned have not been able to schedule a mutually agreeable time to conduct the presentence interview. An interview has been scheduled to be had in Modesto, and so the parties agree to the below referenced schedule.

-1-

| | |
|---|---|
| Sentencing date: | 6/26/2012, |
| Proposed Presentence Report to Counsel | 05/10/2012 |
| Informal Objections Due | 05/29/2012 |
| Presentence Report to Court and Counsels Formal | 06/05/2012 |
| Objection to Court | 06/12/2012 |
| Reply or Statement of Non-Opp | 06/19/2012 |

DATED: April 30, 2012   Respectfully submitted,

/s/Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant

**IT IS SO STIPULATED:**

DATED: April 30, 2012   /s/Michael B. Bigelow
MICHAEL B. BIGELOW

DATED: April 30, 2012   /s/JARED DOLAN
Assistant United States Attorney

**IT IS SO ORDERED**

**Date:  4/30/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE