```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 2:10-cr-211 GEB
                                  )
12            Plaintiff,          )
                                  )  STIPULATION REGARDING
13  v.                            )  RESTITUTION
                                  )
14  TERRY ROBERSON,               )
                                  )
15            Defendant.          )
                                  )
16  _____)
17
```

**STIPULATION REGARDING RESTITUTION**

The United States of America and Terry Roberson, represented by undersigned counsel, hereby stipulate and agree that if the matter of restitution in this case proceeded to a hearing, the United States would establish that the defendant owes restitution, jointly and severally with all of her co-defendants, in the amount of $272,750.42  The victim in this case is the United States Government, Department of Agriculture, Forest Service.  Payment should be made to

> Unit Collection Officer, Claims Branch
> USFS Albuquerque Service Center
> 101B Sun Avenue
> Albuquerque, New Mexico 87109-4473

1

Accordingly, the parties respectfully request that the Court issue a judgment in accordance with the above amount and vacate the restitution hearing, which is currently set for June 22, 2012.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 6/18/12   /s/ Jared Dolan
By: JARED C. DOLAN
Assistant United States Attorney

Date: 6/18/12   /s/ Jared Dolan for
DOUGLAS BEEVERS
Attorney for Terry Roberson

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge