MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Anjenette Brown

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-10-211 KJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCE |
| vs. | |
| ANJENETTE BROWN, et al., | |
| Defendant | |

It is hereby stipulated between the parties that sentencing in this matter be continued to August 29, 2012. This continuance is necessitated by the fact that the defendant has a medical procedure scheduled on June 27, 2012, and is necessitated as well by other scheduling issues, including vacations, trial schedules and this Court's availability.

Dated: June 25, 2012            Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

-1-

**IT IS SO STIPULATED**

DATED: June 25, 2012         /s/MICHAEL B. BIGELOW
                             Attorney for Defendant Brown

DATED: June 25, 2012         /s/JARED DOLAN
                             Assistant United States Attorney

**IT IS SO ORDERED**

**Date:  6/25/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE