1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TERRY ROBERSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. 2:10-cr-00211 GEB
                                      )
12 |         Plaintiff,                )
                                      )   STIPULATION FOR ORDER EXTENDING
13 |    v.                             )   DATE FOR SELF-SURRENDER; ORDER
                                      )
14 | TERRY ROBERSON,                  )
                                      )
15 |         Defendant.                )   Judge: Hon. Garland E. Burrell, Jr.
                                      )
16 | _____ )

17    Defendant, TERRY ROBERSON, through counsel, hereby requests a 16 day extension of her self-

18 surrender date from August 20, 2012 to September 5, 2012 at 2:00 p.m. The United States does not oppose

19 this request.

20    Ms. Roberson seeks an extension of time to self-surrender because she may be called as a witness in

21 the sentencing of a co-defendant. She is currently scheduled to testify on August 31, 2012. Government

22 counsel, Jared Dolan, stipulates that Ms. Roberson's self-surrender date should be continued to allow Ms.

23 Roberson to be called as a witness.

24 / / /

25

26

27

28

Based upon the foregoing, the parties stipulate and request that this Court vacate the self-surrender date of August 20, 2012, and enter an Order extending the self-surrender date 16 days to September 5, 2012.

Dated: July 24, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TERRY ROBERSON

Dated: July 24, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jared Dolan*
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The self-surrender date of August 20, 2012 is vacated. Defendant, TERRY ROBERSON, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on September 5, 2012 by 2:00 p.m.

Dated: July 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge