**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Anjenette Brown

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-10-211 KJN |
| Plaintiff ) | AMENDED STIPULATION AND PROPOSED ORDER EXTENDING SELF-SURRENDER DATE TO MARCH 18, 2013 |
| v. ) | |
| ANJENETTE BROWN, ) | |
| Defendant ) | |

Following the granting of the government's appeal, and the reinstatement of her original sentence to two months prison by the district court on January 25, 2013, this defendant noticed her appeal to the Ninth Circuit Court of Appeals. That matter is pending.

Ms. Brown has also filed a motion for bail pending appeal in this Court to be heard on February 27, 2013 at 10:00 AM. However, Ms. Brown's current self-surrender date to the United States Marshall is February 25, 2013.

-1-

For the reasons stated above, it is hereby stipulated and agreed between the parties, defendant thorough his counsel, Michael B. Bigelow and the United States through its counsel, that defendant's self-surrender date be extended to March 18, 2013.

Respectfully submitted,

DATED: February 20, 2013 /S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

Dated: February 20, 2013 /S/ Jared Dolan
JARED DOLAN
Attorney for Plaintiff

**IT IS SO ORDERED**

**Date: 2/20/2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE